```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO J. REYES,

                Plaintiff,

-against-

We American Fashion Group, LLC, *a California limited liability company d/b/a* PERFECTWHITETEE, and 260 Elizabeth Street Owner LLC, *a New York limited liability company*,

                Defendants.

1:23-cv-09073 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter filed by Plaintiff informing the Court that Plaintiff and Defendant We American Fashion Group, LLC have reached a settlement in principle [ECF No. 28].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is **discontinued as against Defendant We American Fashion Group, LLC *only*** without costs to either party and without prejudice to restoring the action against Defendant We American Fashion Group, LLC to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by April 20, 2024.  If no such application is made by that date, today's dismissal of the action **against Defendant We American Fashion Group, LLC *only*** is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  March 20, 2024
       New York, NY

                                                **MARY KAY VYSKOCIL**
                                                United States District Judge