# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 11/11/2024

November 9, 2024

**VIA CM/ECF**
Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 18C
New York, NY 10007

          Re:    Reyes v. 260 Elizabeth Street Owner LLC, et al.
                 Case 1:23-cv-09073-MKV

Dear Judge Vyskocil:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for November 15, 2024 at 11:30 a.m., in your Honor's Courtroom.

      The Plaintiff sent the Case Management Plan and the Joint Letter to counsel for 260 Elizabeth Street Owner LLC for his review, but was not able to contact him. Defendant 260 Elizabeth Street Owner LLC's counsel had a family emergency, according to his officer, and therefore not able to confer with the Plaintiff regarding the material per the Initial Pretrial Order. His office gave us no other information.

      Due to the above stated reasons, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request in this period

                                            Sincerely,

                                            By: /S/  B. Bradley Weitz
                                                B. Bradley Weitz, Esq. (BW9365)
                                                THE WEITZ LAW FIRM, P.A.
                                                Attorney for Plaintiff
                                                Bank of America Building
                                                18305 Biscayne Blvd., Suite 214
                                                Aventura, Florida 33160
                                                Telephone: (305) 949-7777
                                                Facsimile:  (305) 704-3877
                                                Email: bbw@weitzfirm.com

---

**Granted. SO ORDERED.**

Date: 11/11/2024
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge