USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIO J. REYES,

                Plaintiff,

-against-

260 Elizabeth Street Owner LLC, *a New York limited liability company*,

                Defendant.

1:23-cv-09073 (MKV)

ORDER OF DISMISSAL

---

MARY KAY VYSKOCIL, United States District Judge:

    The Court had been informed by the mediator assigned to this case that Plaintiff and Defendant have reached a settlement in principle. [ECF No. 53]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is dismissed without costs to either party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by March 24, 2025. If no such application is made by that date, today's dismissal is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: February 20, 2025**
**New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**